# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| GARY LEON STOCKTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-07-75-S-BLW |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| THE STATE OF IDAHO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On April 23, 2007, the Court entered an Order dismissing this action without prejudice.  Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED without prejudice.

DATED:  **April 23, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**